## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

MERIDIAN CONSTRUCTION AND
DEVELOPMENT, LLC,

    Plaintiff,

v.                                                            CASE NO: 8:12-cv-971-T-26AEP

ADMIRAL INSURANCE COMPANY,

    Defendant.
_____/

## O R D E R

    Upon due consideration, it is ordered and adjudged that Defendant's Motion to Tax Costs (Dkt. 90) is denied as unnecessary inasmuch as Defendant has attached a bill of costs to the motion as Exhibit A.  Plaintiff shall file a response to Defendant's bill of costs on or before April 30, 2012.

    **DONE AND ORDERED** at Tampa, Florida, on April 16, 2013.

                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA**
                                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record